IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CARLENE TAYLOR,                    )
                                   )
        Plaintiff,                 )
v.                                 )      CIVIL ACTION
                                   )      FILE NO:  4:19-cv-00029-WTM-CLR
WAL-MART STORES EAST, LP,          )
                                   )
        Defendant.                 )

## MODIFIED SCHEDULING ORDER

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, the Rule 26(f) Report, and the parties'

Joint Motion to Extend Deadlines, and for good cause shown, the Court imposes the following

scheduling deadlines:


LAST DAY TO FURNISH EXPERT REPORT
BY DEFENDANT                                    July 27, 2019

JOINT STATUS REPORT DUE                         August 9, 2019

CLOSE OF DISCOVERY                              August 27, 2019

LAST DAY FOR FILING CIVIL MOTIONS               September 27, 2019
INCLUDING *DAUBERT* MOTIONS, BUT
EXCLUDING MOTIONS IN LIMINE


    SO ORDERED, this 28th day of May, 2019.


_____
Honorable Christopher L. Ray
United States Magistrate
Southern District of Georgia