IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARLENE TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV419-029 |
| WAL-MART STORES EAST, LP, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. As a result, Defendant's Motion to Exclude Expert Testimony (Doc. 28) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of September 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA